ALLAN D. KEYES ET AL. *v.* DOUGLAS W. BROWN ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is granted.

*L. Stewart Bohan,* in support of the petition.

*Joseph Neiman,* in opposition.

Submitted November 3—decided November 23, 1966

WAMPHASSUC POINT PROPERTY OWNERS ASSOCIATION ET AL. *v.* PUBLIC UTILITIES COMMISSION ET AL.

Joseph J. Purtill, Esq., of Pawcatuck, is permitted to file a brief as amicus curiae in the appeal from the Superior Court in New London County provided the brief is filed on or before December 20, 1966.

Submitted November 22—decided November 23, 1966

TRIANGLE SHEET METAL WORKS, INC., ET AL. *v.* JACOB M. SILVER ET AL.

The plaintiffs' motion under Practice Book § 706 for a review of the taxation of costs having been considered, the court finds nothing erroneous in the clerk's taxation of costs in the appeal from the Superior Court in Hartford County.

*Irving S. Ribicoff* and *Louise H. Hunt,* in support of the motion.

*Milton Sorokin* and *Joseph D. Hurwitz,* in opposition.

Submitted November 2—decided November 29, 1966